In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by EVELYN DAVIDOWITZ, Claimant. G. SCHWARTZ and F. SCHWARTZ,

Doing Business as F. Schwartz, Appellant; Frieda S. Miller, as Industrial Commissioner, Respondent.— Motion to extend time to file record and briefs and for argument granted. Time extended for filing of record and briefs to February 20, 1942, and appellant must be ready for argument at the Compensation and Unemployment Insurance Appeals Calendar Term of this court commencing March 2, 1942. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.